[No. 16970-7-III.    Division Three.   May 18, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFFORD
MARK MEYERS, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 97-1-00010-8, Wallis W. Friel, J., entered October 3, 1997. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Sweeney, J.

[Nos. 17099-3-III; 17360-7-III;   Division Three.   May 18, 1999.]
    17361-5-III.

*In the Matter of the Marriage of* LUIZ A. TENORIO,
*Appellant,* and SUSETE S. TENORIO, *Respondent*.

Appeals from a judgment of the Superior Court for Franklin County, No. 95-3-50302-7, Dennis D. Yule and Philip M. Raekes, JJ., entered May 1, 1998 and January 5, 1999. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Brown and Kato, JJ.

[No. 17314-3-III.    Division Three.   May 18, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH LESTER
LEE, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 97-1-00268-8, Robert L. Zagelow, J., entered February 24, 1998. *Reversed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Kurtz, J.

[No. 16851-4-III.    Division Three.   May 20, 1999.]

THOMAS C. LEVITT, ET AL., *Appellants,* v. THE CITY OF
SPOKANE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-2-01743-8, Kenneth Kato, J., entered July 14, 1997. *Affirmed* by unpublished opinion per Kurtz, A.C.J., concurred in by Sweeney and Brown, JJ.